1014

THE STATE OF WASHINGTON, *Respondent,* v. MARCUS
DESMOND THIERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-03860-1, Donald H. Thompson, J.,
entered March 13, 1990. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J.,
and Alexander, J.

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
DONALD TUINMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 89-1-00352-5, Bruce P. Hanson, J.,
entered May 7, 1990. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and Thompson, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. IGNACIO
COBOS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 89-1-00102-3, Evan E. Sperline, J., entered
July 7, 1989. *Remanded* by unpublished opinion per
Shields, A.C.J., concurred in by Munson and Thompson,
JJ.